DANIEL G. BOGDEN
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00393-MMD-GWF |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO QUASH ARREST WARRANT |
| ANDRES OREA GARCIA, a.k.a. Andres Garcia-Orea | |
| Defendants. | |

COMES NOW the United States of America, by and through its attorneys, Daniel G. Bogden, United States Attorney, and Pamela A. Martin, Assistant United States Attorney, and moves this Court to Quash Arrest Warrant issued for the Criminal Indictment filed in this matter.

The District of Nevada maintained GARCIA as a fugitive because the Southern District of New York was going to prosecute him if he was ever extradited to the United States.

. . .

. . .

. . .

. . .

1 | At this time, the District of New York is no longer interested in charging GARCIA if he is
2 | extradited because the main witness is no longer available. As a result, the District of New York has
3 | closed their case.

Respectfully submitted this __7th__ day of October, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Pamela A. Martin*
PAMELA A. MARTIN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:04-cr-00393-MMD-GWF |
| Plaintiff, | ) |
| vs. | ) ORDER TO QUASH ARREST WARRANT |
| ANDRES OREA GARCIA, a.k.a. Andres Garcia-Orea | ) |
| Defendant. | ) |

The Court has before it a Motion to Quash Arrest Warrant filed by the Government.

IT IS HEREBY ORDERED that the Arrest Warrant issued for the above-captioned case is quashed.

DATED this __8th__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

3